## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 398 WAL 2018

                Respondent

         :    Petition for Allowance of Appeal from
         :    the Order of the Superior Court

                v.

ANTON SCOTT LOCKHART,

                Petitioner

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.